DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMIE MIZRAHI, CHAR MIZRAHI** and **SCOTT MIZRAHI,**
Appellants,

v.

**PPS ADVISORS, INC.** and **LAWRENCE N. PASSARETTI,**
Appellees.

No. 4D22-85

[March 30, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne E. Fahnestock, Judge; L.T. Case No. CACE18-020175 (18).

Benjamin C. Hassebrock and Taynah Diniz-Alvez of Ver Ploeg & Marino, P.A., Miami, for appellants.

Andrew Thomson of Baritz & Colman LLP, Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***